IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Davis, Loretta

Printed: 01/22/09

Case Number: 08 B 09374
Judge: Squires, John H
Filed: 4/16/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 3, 2008
Confirmed: June 11, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,610.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,504.63 |
| Trustee Fee: |  | 105.37 |
| Other Funds: |  | 0.00 |
| Totals: | 1,610.00 | 1,610.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,491.50 | 1,504.63 |
| 2. | HSBC Mortgage Services | Secured | 0.00 | 0.00 |
| 3. | HSBC Mortgage Services | Secured | 3,179.27 | 0.00 |
| 4. | Portfolio Recovery Associates | Unsecured | 61.23 | 0.00 |
| 5. | Portfolio Recovery Associates | Unsecured | 15.70 | 0.00 |
| 6. | Premier Bankcard | Unsecured | 40.90 | 0.00 |
| 7. | RoundUp Funding LLC | Unsecured | 121.39 | 0.00 |
| 8. | Americredit Financial Ser Inc | Unsecured | 256.18 | 0.00 |
| 9. | AmeriCash Loans, LLC | Unsecured | 121.35 | 0.00 |
| 10. | America's Financial Choice Inc | Unsecured |  | No Claim Filed |
| 11. | America's Financial Choice Inc | Unsecured |  | No Claim Filed |
| 12. | Credit Management Service | Unsecured |  | No Claim Filed |
| 13. | I C Systems Inc | Unsecured |  | No Claim Filed |
| 14. | Medical Collections | Unsecured |  | No Claim Filed |
| 15. | Southwest Credit Systems | Unsecured |  | No Claim Filed |
|  |  |  | $ 7,287.52 | $ 1,504.63 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 58.83 |
| 6.6% | 46.54 |
|  | $ 105.37 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Davis, Loretta | Case Number:  08 B 09374 |
| | Judge:  Squires, John H |
| Printed: 01/22/09 | Filed:  4/16/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

      Marilyn O. Marshall, Trustee, by:

